UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANTAY HEAVEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>Defendant. | Case No. 2:24-cv-04754<br><br>Hon. Nitza I. Quiñones Alejandro |

## PLAINTIFF'S MOTION TO REMAND AND FOR FEES AND COSTS

Plaintiff Shantay Heaven, by and through her undersigned counsel, respectfully moves pursuant to 28 U.S.C. § 1447(c) to remand this action to the Court of Common Pleas of Philadelphia County, Pennsylvania, and for an award of her reasonable attorneys' fees and costs incurred as a result of the removal. The bases for Plaintiff's Motion are fully set forth in the contemporaneously filed Memorandum of Law in Support of Her Motion.

Dated: September 19, 2024

Respectfully submitted,

By: */s/ Mark C. Atlee*
    Mark C. Atlee

**ATLEE HALL, LLP**
Mark C. Atlee (PA No. 204627)
415 North Duke Street
Lancaster, PA 17602
Telephone: (717) 393-9596
Facsimile:  (717) 393-2138
E-mail: mcatlee@atleehall.com

**BURSOR & FISHER, P.A.**
Alec M. Leslie (*pro hac vice* forthcoming)
Max S. Roberts (*pro hac vice* forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163

E-mail: aleslie@bursor.com
mroberts@bursor.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Court's CM/ECF system, which will provide e-mail notice to all counsel of record.

**FROST BROWN TODD LLP**
Tara Hopper Rice
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, Pennsylvania 15219
trice@fbtlaw.com

By: */s/ Mark C. Atlee*
         Mark C. Atlee