# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANTAY HEAVEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HYDRATION LLC,<br><br>Defendant. | Case No. 2:24-cv-04754<br><br>Hon. Nitza I. Quiñones Alejandro |

## [PROPOSED] ORDER GRANTING

## PLAINTIFF'S MOTION TO REMAND AND FOR FEES AND COSTS

The Court, having considered Plaintiff Shantay Heaven's Motion To Remand And For Fees and Costs ("Motion"), all opposition and reply papers, any oral argument thereon, and for good cause appearing, rules as follows:

The Motion is hereby **GRANTED**, the above-captioned action is hereby remanded, and Plaintiff shall be awarded all reasonable attorney's fees and costs related to the remand.

IT IS SO ORDERED.

DATED: _____                    _____

                                                                             Honorable Nitza I. Quiñones Alejandro