**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHANTAY HEAVEN**<br>**individually and on behalf of all**<br>**other similarly situated**<br>*Plaintiff*<br><br>**v.**<br><br>**PRIME HYDRATION LLC**<br>*Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br>**NO. 24-4754** |

## ORDER

**AND NOW**, this 17th day of October 2024, upon consideration of Defendants' *motion for leave to file reply in support of its motion to dismiss plaintiff's complaint*, (ECF 9), it is hereby **ORDERED** that the motion is **GRANTED**. The Clerk of Court is directed to docket the reply, which was attached to Defendants' motion. (ECF 9-1).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*