**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SHANTAY HEAVEN, individually and on behalf of all others similarly situated, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff, | : | Case No: 2:24-cv-04754 |
| | : | |
| v. | : | |
| | : | |
| PRIME HYDRATION LLC, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**AMENDED CERTIFICATE OF SERVICE TO SUPPLEMENT TO PRIME HYDRATION LLC'S MOTION TO DISMISS, RECORDED AS DOCKET ENTRY #16**

I, TARA HOPPER RICE, ESQUIRE, certify that on this date, the foregoing SUPPLEMENT TO PRIME HYDRATION LLC'S MOTION TO DISMISS, RECORDED AS DOCKET ENTRY #16, has been filed electronically, and is available for viewing and downloading from the ECF System, has been served via the Court's electronic filing service on all counsel of record, and/or was also served via USPS on the following parties who have not consented to electronic service:

Mark C. Atlee, Esquire
ATLEE HALL, LLP
415 North Duke Street
Lancaster, PA 17602
Mcatlee@atleehall.com

Alec M. Lesile
Max S. Roberts
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
aleslie@bursor.com
mroberts@bursor.com
*Counsel for Plaintiff Shantay Heaven and the Proposed Class*

Dated: January 3, 2025

By: */s/ Tara Hopper Rice*
Tara Hopper Rice